WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Artificial Grass Masters LLC and Joshua Apodaca,<br><br>Defendants. | No. CV-22-00668-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** that the motion for extension of time (Doc. 19) is granted such that Mr. McGirr must be admitted to federal court by April 27, 2023.

**IT IS FURTHER ORDERED** vacating the show cause hearing set for May 3, 2023.

**IT IS FURTHER ORDERED** confirming that Mr. McGirr must file a response to Doc. 9 on behalf of his clients by April 28, 2023.

Dated this 20th day of April, 2023.

James A. Teilborg
Senior United States District Judge