**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin J Walsh, | No. CV-22-00668-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Artificial Grass Masters LLC, et al., | |
| Defendants. | |

In response to Defendants' failure to comply with a number of court orders, on January 24, 2023 Plaintiff Martin Walsh[1] moved that Defendants be found in contempt. (*See* Doc. 9). Plaintiff asserted that Defendants failed to pay $92,500 in back wages, $30,000 in liquidated damages, and $15,000 in civil money penalties. (*See id.* at 9). He also asserted that Defendants failed to provide Plaintiff with the "Employee Schedule." (*See id.*). Defendants replied claiming that the terms of the consent judgment placed them in an "exceptionally difficult situation ...." (Doc. 21 at 1). In June of 2023, Defendants made all of the payments required by this Court's original order and paid $745.91 in interest. In response to this, on May 1, 2023, the parties submitted a joint stipulation that both found Defendants in contempt and purged that contempt. (Doc. 26).

This Court finds that the contempt motion is satisfied by the joint stipulation of the parties. It sets forth the basis for a finding of contempt, Defendants' failure to comply with

---

[1] Martin Walsh served as the Secretary of Labor until March 11, 2023. *See* Rebecca Rainey, *Labor Secretary Marty Walsh to Officially Depart Post March 11*, Bloomberg Law, Mar. 9, 2023. After he stepped down, Julie Su became acting Secretary. *See id.*

1  this Court's order from April 29, 2023. It also sets forth the basis for the purging of
2  Defendants' contempt, their eventual compliance with that order. This joint stipulation is
3  therefore approved.
4      Accordingly.
5      **IT IS ORDERED** that the Joint Stipulation Finding and Purging Contempt, (Doc.
6  26) is GRANTED.
7      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Enforce Judgment (Doc.
8  9) is granted to the limited extent specified in the parties' stipulation.
9      Dated this 6th day of June, 2023.

_____
James A. Teilborg
Senior United States District Judge